UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80873-CIV-MIDDLEBROOKS/VITUNAC

DAVID RAMNARINE,

       Plaintiff,

v.

FAIRWAY-HARBOR, LLC, CARRABBA'S
ITALIAN GRILL, LLC and LAS VEGAS,
V11, INC.,

       Defendants.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel, hereby stipulate and agree that the

above-captioned case shall be dismissed with prejudice pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 1st day of February, 2012.


| | |
|---|---|
| s/ Drew Levitt | s/Rachel M. Coe |
| DREW LEVITT, ESQ. | RACHEL M. COE, ESQ. |
| Attorney for Plaintiff | Florida Bar No. 108900 |
| Florida Bar No. 782246 | E-Mail: rcoe@dldlawyers.com |
| E-mail: dml2@bellsouth.net | DeMahy Labrador Drake et al. |
| LEE D. SARKIN, ESQ. | Attorneys for Defendant |
| Attorney for Plaintiff | 6400 N. Andrews Avenue, Suite 500 |
| Florida Bar No. 962848 | Fort Lauderdale, Florida 33309 |
| E-mail: lsarkin@aol.com | Telephone (954) 229-9951 |
| 4700 N.W. Boca Raton Boulevard | Facsimile  (954) 229-9778 |
| Suite 302 | |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Facsimile  (561) 994-0837 | |